IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20675
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NGA PHUNG LAM,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-344-5
--------------------
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

The court-appointed counsel for Nga Phung Lam has moved for leave to withdraw and filed a motion and brief as required by Anders v. California, 386 U.S. 738 (1967). Nga Phung Lam has not filed a response to the instant motion. Our independent review of the motion, brief, and record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5th Cir. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.